# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Criminal Action No. 19-cr-00301-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     CLAUDIU UNGURU-DUCILA, and
2.     MIRABELLA UNGURU-DUCILA,

      Defendants.

## ORDER PERMITTING DISCLOSURE OF GRAND JURY MATERIAL

This matter is before the Court upon the Government's *Ex Parte* Motion for an Order Permitting Disclosure of Grand Jury Material.[1] (Doc. # 23.) As grounds for such disclosure, the Government stated:

I.    The Government has obtained testimony from one or more persons who may be called as trial witnesses. Early disclosure of this material may assist the defendants in preparing for trial.

II.   Disclosure of pertinent portions of the Grand Jury transcripts and exhibits may be in the best interests of justice. In the course of preparation for trial and during the course of certain pretrial matters and at trial, it may be appropriate to disclose to the defense portions of the Grand Jury transcripts pertaining to certain witnesses

---

[1] Federal Rule of Criminal Procedure 6(e)(3)(F) provides that the Government may petition the Court to disclosure a grand jury matter under Rule 6(e)(3)(E)(1) *ex parte*.

for the limited purpose of preparing for and conducting trial. *See* 18 U.S.C. § 3500; Fed. R. Crim. P. 26.2, 16, 6(e)(3)(E)(i), 6(e)(3)(F).

(Doc. # 23 at 1–2.)

Being now fully advised in the premises, the Court ORDERS the following:

1. The Government's *Ex Parte* Motion for an Order Permitting Disclosure of Grand Jury Material (Doc. # 23) is GRANTED;

2. The United States Attorney's Office may disclose to the defense pertinent portions of the transcripts of witnesses' testimony before the Grand Jury in the above captioned case after it has been determined by the Government that such witnesses will be called to testify at trial. The defense attorneys are to maintain control over the material, keeping it in his or her confidential files and under the control of his or her confidential employees. This Order permits pretrial disclosure of pertinent portions of the Grand Jury transcripts which would be disclosed pursuant to 18 U.S.C. § 3500 or Federal Rules of Criminal Procedure 26.2 and 16; and

3. The Grand Jury material so disclosed is to be used for the purposes of the above captioned case, to include any appeals taken, and for no other purpose until further order of this Court. The United States Attorney's Office is directed to enclose a copy of this Order with any Grand Jury material disclosed pursuant to this Order.

DATED: July 30, 2019

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge